Daniel C. Cotman (SBN 218315)
dan@cotmanip.com
Nelson E. Brestoff, of counsel, (SBN 065291)
nick@cotmanip.com
Obi Iloputaife (SBN 192271)
obi@cotmanip.com
COTMAN IP LAW GROUP, PLC
117 East Colorado Blvd, Suite 460
Pasadena, California 91105
(626) 405-1413/FAX: (626) 628-0404

Attorneys for Defendants EDO Trading, Inc.,
Edvin Karapetian, Edward Minasyan,
and Lena Amerkhanian

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD TRADING 23, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>EDO TRADING, INC., a California corporation, EDVIN KARAPETIAN, an individual residing in California, EDWARD MINASYAN, an individual residing in California, LENA AMERKHANIAN, an individual residing in California, and DOES 1-9, inclusive,<br><br>Defendants. | Case No. 2:12-cv-10886 ODW-E<br>Judge: The Honorable Otis D. Wright<br><br>**DECLARATION OF EDWARD MINASYAN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>[PURSUANT TO ORDER DATED 04/11/2013] |

I, Edward Minasyan, declare and state:

1. I am one of the defendants in this case. I make this declaration of my own knowledge and would and could testify competently thereto if called as a witness.

2. I am also one of the defendants in Case No. 12-cv-4499-)ODW(Ex) ("*Toyrrific II*"). In *Toyrrific II*, the plaintiff, Toyrrific, LLC ("Toyrrific") attached a document entitled the Settlement Agreement and Mutual General Release ("the Settlement Agreement").

3. As Exhibit A to my declaration, I attach the copy of the Settlement Agreement made "as of December 7, 2011" but signed on December 12, 2011.

4. I recognize my signature on page 13 of the Settlement Agreement. I also recognize the signature of Edvin Karapetian on that same page. Both of us were together when we signed the Settlement Agreement.

5. On page 4 of the Settlement Agreement, in the last three lines, the Settlement Agreement makes it clear that the plaintiff here, World Trading 23, Inc., is Toyrrific's "affiliate."

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this declaration is executed on April 17, 2013, in Pasadena, California.

_____
Edward Minasyan

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 117 E. Colorado Blvd., Suite 460, Pasadena, California 91105. On April 18, 2013, I served the document entitled **DECLARATION OF EDWARD MINASYAN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** on the following interested parties:

| | |
|---|---|
| Daniel M. Cisclo, Esq. No. 125,378<br>dan@cislo.com<br>Mark D. Nielsen, Esq., No. 210,023<br>mnielsen@cislo.com<br>CISLO & THOMAS LLP<br>1333 2nd Street, Suite 500<br>Santa Monica, CA  90401-4100<br>Tel: (310) 451-0647<br>FAX: (310) 394-4477 | **Attorneys for Plaintiff WORLD TRADING 23, INC.** |

[XX] **BY EMAIL:** A true and correct copy of said document was transmitted to the email address(es) listed above.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed April 18, 2013 at Pasadena, California

s/Elaine Cruz

_____

ELAINE CRUZ