O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD TRADING 23, INC., <br><br>　　　　Plaintiff, <br>　　v. <br>EDO TRADING, INC.; EDVIN KARAPETIAN; EDVARD MINASYAN; LENA AMERKHANIAN; DOES 1–9, inclusive, <br><br>　　　　Defendants. | Case No. 2:12-cv-10886-ODW(PJWx) <br><br>**ORDER DENYING UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF [33]** |

　　　Cislo & Thomas LLP, counsel for Plaintiff World Trading 23, Inc., seeks to withdraw as counsel of record for World Trading 23. (ECF No. 144.) Local Rule 83-2.9.2.1 requires an attorney to obtain leave from the court to withdraw as counsel. California's Rules of Professional Conduct generally govern an attorney's conduct before this Court, including circumstances permitting withdrawal. *See* L.R. 83-3.1.2.

　　　A district court has discretion to permit or deny an attorney's withdrawal. *Huntington Learning Ctrs., Inc. v. Educ. Gateway, Inc.*, No. 2:09-cv-3200 PSG(VBKx), 2009 WL 2337863, at *1 (C.D. Cal. July 28, 2009). Courts consider four factors for withdrawal requests: "(1) the reasons why withdrawal is sought; (2) the prejudice withdrawal may cause to other litigants; (3) the harm withdrawal might

///

cause to the administration of justice; and (4) the degree to which withdrawal will delay the resolution of the case." *Id.*

Cislo & Thomas seeks to withdraw under California Rule of Professional Conduct 3-700(C)(1)(f). The Court agrees that permissive withdrawal is warranted under this rule due to World Trading 23's non-payment of legal fees. But counsel for World Trading 23 neglects to acknowledge that World Trading 23 is a corporation and cannot represent itself pro se in federal court. L.R. 83-2.10.1; *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–02 (1993). Because no attorney has yet to substitute in for World Trading 23, the Court rejects Cislo & Thomas's unopposed motion to withdraw.

Thus, Cislo & Thomas's motion is hereby **DENIED**. The Court will allow Cislo & Thomas to withdraw when World Trading 23 has acquired substitute counsel. At that time, World Trading 23 must file a request for approval of substitution of attorney.

**IT IS SO ORDERED.**

July 17, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**